**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00141-01-CR-W-ODS |
| | ) | |
| **MICHAEL MORAND**, | ) | |
| [DOB: 05/13/1959], | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**WAIVER OF INDICTMENT**

I, Michael Morand, the above named defendant, who is accused of violating 18 U.S.C § 286, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on this _6h_ day of ___May, 2010, my right to require that this prosecution be commenced by the return of an Indictment handed down by a grand jury. As indicated by my signature on this document, I hereby consent that the criminal proceeding against me may be commenced by the filing of an Information by the United States Attorney rather than by the return of an Indictment by the grand jury.

/s/ Michael Morand
MICHAEL MORAND
Defendant

/s/ Al White
Al White
Counsel for Defendant

Before: May 6, 2010
United States District Court Judge