IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

FILED
MAR 24 2010
ANN THOMPSON, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI
SAP

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-0041-REL-01 |
| MICHAEL MORLAND, | ) | |
| Defendant. | ) | |

**ORDER**

On March 23, 2010, Defendant appeared before me for a bond consideration hearing. During the hearing, I released Defendant on a personal recognizance bond and set conditions of release. Defendant was scheduled to waive indictment and plead to an information before United States District Court Judge Ortrie Smith later that same day. The waiver and plea before Judge Smith was continued until May 6, 2010. Because there is not a charge currently pending against Defendant, it is hereby

ORDERED that the order setting Defendant's conditions of release is set aside.

ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
March 24, 2010